IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERT L. WOODS,<br><br>          Defendant. | **8:12CR44**<br><br>**ORDER** |

      Defendant Albert L. Woods appeared before the court on February 1, 2019, on a Petition for Warrant or Summons for Offender Under Supervision [73]. Defendant was represented by Assistant Federal Public Defender, Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney, Gregory D. Artis, Jr. Defendant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). The government moved for detention, and a detention hearing was held. The government's motion for detention is denied and Defendant shall be released on the current terms and conditions of supervision

      The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before District Judge Rossiter.

      **IT IS ORDERED:**

      1.     A final dispositional hearing will be held before District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 21, 2019, at 9:30 a.m. Defendant must be present in person.

      2.     Defendant is released on the current terms and conditions of supervision.

      Dated this 4th day of February, 2019.

                                                      BY THE COURT:

                                                      s/ Michael D. Nelson
                                                      United States Magistrate Judge