IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR44 |
| vs. | |
| ALBERT L. WOODS, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's "Ex Parte Motion for Production of Documents" (Filing No. 149) requesting the Clerk of Court provide him with a copy his judgment of commitment without payment of costs.

On October 9, 2019, the Court revoked the defendant's supervised release and sentenced him to a term of imprisonment. The defendant did not timely appeal. Other than this motion for copies, the defendant has no motions or cases pending before this court. The defendant does not have the right to receive copies of documents without payment, even if he has leave to proceed in forma pauperis. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Although the defendant states he needs a copy of his judgment of commitment based on his belief he has not been given the correct amount of credit for time served, having reviewed the record,[1] the Court is not inclined to order copies of documents made at government expense. The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that Defendant's motion for free copies (Filing No. 149) is denied. The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page.

Dated this 27th day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] Defendant appeared for an initial appearance by writ on July 9, 2019, because he was in state custody and so returned. See Filing Nos. 126, 130, 131.