IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>ALBERT L. WOODS,<br><br>                     Defendant. | **8:12CR44**<br><br>**ORDER** |

      This matter is before the court on attorney Meredith A. Lowry's request for a waiver of the $100 fee required for *pro hac vice* admission to this court. (Filing No. 152). Ms. Lowry seeks a waiver due to her representation of the defendant *pro bono* in this matter.

      This court charges a fee to attorneys seeking to be admitted *pro hac vice* to insure the [Federal Practice Fund](). See NEGenR [1.7](h). Under the *Guide to Judiciary Policy*, Vol. 4, Ch. 6, which is incorporated into the Amended Plan for the Administration of the Federal Practice Fund, fee waivers are generally prohibited unless expressly allowed by statute or in the fee schedules. See *Guide to Judiciary Policy*, Vol. 4, Ch. 6 § 610.70. The court's local rules only provide a waiver of the *pro hac vice* admission fee for attorneys employed with federal agencies. NEGenR [1.7](d)(1). Although Ms. Lowry is representing the defendant *pro bono*, she is not employed with a federal agency and is not court appointed counsel, and at this time the court is aware of no other rule or provision providing an exception to the payment of the *pro hac vice* admission fee. Accordingly.

      **IT IS ORDERED** that Meredith A. Lowry's request for a waiver of the $100 *pro hac vice* admission fee (Filing No. 152) is denied.

      Dated this 28th day of May, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge